## 11483.   RAMBO v. THE STATE.

LUKE, J.  This case is controlled by the ruling in *Rambo* v. *State*, ante, 390.  *Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JUNE 15, 1920.

Indictment for larceny after trust; from Fulton superior court — Judge Humphries.  March 14, 1920.

*Etheridge, Sams & Etheridge, Frank A. Hooper & Son,* for 'plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

## 11430.   DAVIS v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.
*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED JUNE 15, 1920.

Indictment for possession of liquor; from Muscogee superior court — Judge Howard.  March 20, 1920.

*D. L. Parmer,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.